UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Mr. Allen Shaw

*(In the space above enter the full name(s) of the plaintiff(s).)*

-against-

Jarrett Atkins
Michael Cassidy
Andy Cruz

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)*

**COMPLAINT**
under the
Civil Rights Act, 42 U.S.C. § 1983
(Prisoner Complaint)

Jury Trial: ☒ Yes ☐ No
(check one)

APR -3 2014
PRO SE OFFICE

I. **Parties in this complaint:**

A. List your name, identification number, and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff
Name Mr. Allen Shaw
ID # 1411312131
Current Institution OBCC
Address 1600 Hazen St
East Elmhurst, N.Y 11370

B. List all defendants' names, positions, places of employment, and the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1
Name Jarret Atkins Shield # 19703
Where Currently Employed Precinct 088
Address

Defendant No. 2
Name Michael Cassidy Shield # 2550
Where Currently Employed Precinct 088
Address

Defendant No. 3
Name Andy Cruz Shield # 28171
Where Currently Employed Precinct 088
Address

Defendant No. 4
Name Shield #
Where Currently Employed
Address

Defendant No. 5
Name Shield #
Where Currently Employed
Address

**II. Statement of Claim:**

State as briefly as possible the facts of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A. In what institution did the events giving rise to your claim(s) occur?
82 Saint Edwards Street

B. Where in the institution did the events giving rise to your claim(s) occur?

C. What date and approximate time did the events giving rise to your claim(s) occur?
February 6, 2013, 8:10

*Rev. 05/2010*

D. Facts:

What happened to you?

The Police officer hit me in my face with the metal cub they have, while other police officers puch and kick me.

Who did what?

Police officer Jarrett Aming hit me with the metal cub, police officer Michael cassidy puch and kick me as well as police officer Andy Cruz.

Was anyone else involved?

Not that I recall

Who else saw what happened?

Many people were looking out of there windows.

## III. Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. I had to get stitches in my face, from getting hit in my face.

## IV. Exhaustion of Administrative Remedies:

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted." Administrative remedies are also known as grievance procedures.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

Yes ____ No √

If YES, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

______________________________________________

______________________________________________

B. Does the jail, prison or other correctional facility where your claim(s) arose have a grievance procedure?

Yes ____ No ____ Do Not Know ____

C. Does the grievance procedure at the jail, prison or other correctional facility where your claim(s) arose cover some or all of your claim(s)?

Yes ____ No ____ Do Not Know ____

If YES, which claim(s)? ______________________________

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose?

Yes ____ No ____

If NO, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

Yes ____ No ____

E. If you did file a grievance, about the events described in this complaint, where did you file the grievance?

______________________________________________

1. Which claim(s) in this complaint did you grieve? ______________________________

______________________________________________

2. What was the result, if any? ______________________________

______________________________________________

3. What steps, if any, did you take to appeal that decision? Describe all efforts to appeal to the highest level of the grievance process. ______________________________

______________________________________________

______________________________________________

______________________________________________

______________________________________________

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here: ______

______________________________________________

______________________________________________

______________________________________________

______________________________________________

2. If you did not file a grievance but informed any officials of your claim, state who you informed,

when and how, and their response, if any: The Rackets division I believe it was the hospital and the same day of the events.

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

**Note:** You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.

**V. Relief:**

State what you want the Court to do for you (including the amount of monetary compensation, if any, that you are seeking and the basis for such amount). That I am giving 50 thousand dollers for all the pain I had to go through, haveing nightmare that I have.

**VI. Previous lawsuits:**

On these claims

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes ✓ No ___

Rev. 05/2010

B. If your answer to A is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another sheet of paper, using the same format.)

1. Parties to the previous lawsuit:

Plaintiff Mr. Allen Shaw

Defendants Police officers

2. Court (if federal court, name the district; if state court, name the county) Southern

3. Docket or Index number Don't recall

4. Name of Judge assigned to your case Don't recall

5. Approximate date of filing lawsuit Maybe 2004 or 2005

6. Is the case still pending? Yes ___ No √

If NO, give the approximate date of disposition 2005

7. What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) Judgment in My favor.

On other claims

C. Have you filed other lawsuits in state or federal court otherwise relating to your imprisonment? Yes √ No ___

D. If your answer to C is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same format.)

1. Parties to the previous lawsuit:

Plaintiff Mr. Allen Shaw

Defendants Corr officer Shalby

2. Court (if federal court, name the district; if state court, name the county) N.Y

3. Docket or Index number Don't have one yet

4. Name of Judge assigned to your case Don't have one yet

5. Approximate date of filing lawsuit March 19, 2014

6. Is the case still pending? Yes √ No ___

If NO, give the approximate date of disposition ___

7. What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) hasn't been had yet.

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed this 15 day of March, 2014

Signature of Plaintiff: Mr. Allen Shaw

Inmate Number: 1411312151

Institution Address: OBCC
1600 Hazen St
east elmhurst, NY
11370

Note: All plaintiffs named in the caption of the complaint must date and sign the complaint and provide their inmate numbers and addresses.

I declare under penalty of perjury that on this 15 day of March, 2014 I am delivering this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court for the Southern District of New York.

Signature of Plaintiff: Mr. Allen Shaw