Mr. Allen Shaw
26 June 2017

14-CV-02971-SLT-SMG

Judge Townes

Ms. Judge, am writting to you in regards to a settlement I signed.

It has be a month from the time every one has signed the agreement, so my point is, how much longer will it be before I recieve the money I agreed to ?. Ms. Townes, I respectfully ask you this, I know you have better things to do but you are the only person that I am able to come too and that can help me.

Thank you for your help and take care of yourself.

Respectfully,
Mr. Allen Shaw

Legal Mail

**ATTICA CORRECTIONAL FACILITY**
BOX 149
ATTICA, NEW YORK 14011-0149

NAME: Mr Allen Shaw           DIN: 15A4202

U.S District Court
Eastern District of NY
Chambers of
Judge Sandra J. Townes
Brooklyn, NY 11201

1120139999

NEW YORK STATE
DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION
OFFENDER CORRESPONDENCE PROGRAM

NAME: _____  DIN: 15A4202

♻ Printed on Recycled Paper